**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

May 26, 2020

Shelia Smith
634 McKewin Avenue
Baltimore, MD 21218

Shannon Sulton
3042 Hunting Ridge Drive
Owings Mills, MD 21117

Michael George Raimondi
Baltimore County Office of Law
400 Washington Avenue Suite 219
Towson, MD 21204

      Re: <u>Shannon Sulton, *et al.* v. Baltimore County, *et al.*</u>, Civil Case No. SAG-18-2864

Dear Ms. Sulton, Ms. Smith, and Counsel:

      This case had been stayed to allow Plaintiffs time to find an attorney. ECF 20, 22. The stay of 90 days has now expired, and an appearance of counsel has not been entered on the Court's docket. Accordingly, both plaintiffs are proceeding pro se (representing themselves). Neither Plaintiff has filed any documentation with, or made contact with, the Court. Moreover, the letter advising Ms. Sulton of the stay was returned to the Court as undeliverable, with no forwarding address available. Local Rule 102 requires that self-represented litigants keep their current address on file. If a current address is not maintained on file with the Court, then the case may be dismissed. *See* Local Rule 102.1(b)(iii) (noting that if any self-represented litigant fails to maintain a current address with the Clerk, "the Court may enter an order dismissing any affirmative claims for relief filed by that party").

      The parties are hereby advised that I am scheduling a telephonic hearing for **June 4, 2020 at 1:30 p.m.**, to show cause why this case should not be dismissed without prejudice for failure to prosecute, or, in the case of Ms. Sulton, for failure to maintain a current address with the Clerk. To connect to the hearing, dial (877) 336-1280 and enter access code 8324569#.

      Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                    Sincerely yours,

                                                         /s/

                                                  Stephanie A. Gallagher
                                                  United States District Judge