# Iamele & Iamele, LLP

Attorneys at Law
201 N. Charles Street, Suite 400
Baltimore, MD 21201-4111
P-410-779-6160
F-410-779-6161
www.iamelelawfirmbaltimore.com

Domenic R. Iamele (MD)
driamele@iamelelaw.com

Anton L. Iamele (MD, DC, & CO)
aiamele@iamelelaw.com

Alyssa Abramat Lamardo (MD)
aabramat@iamelelaw.com

June 3, 2020

Stephanie A. Gallagher, United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

   Re: *Shannon Sulton, et al. v. Baltimore County, et al.*
     Case No. 1:18-cv-02864-SAG

Dear Judge Gallagher:

   I am writing you in advance of the show cause hearing that is scheduled in this case tomorrow, June 4, 2020, at 1:30 PM.

   Ms. Sulton recently contacted me by telephone and indicated that she had been "abandoned" by her prior attorney, Breon Johnson. At the time of our first telephone conversation, she did not know that Mr. Johnson had been disbarred and was also unaware of Your Honor's November 6, 2019 Order. I reviewed the Court's docket report with Ms. Sulton and explained that it appeared that Mr. Johnson was no longer able to act as her attorney. I advised her to inquire with the Maryland Attorney Grievance Commission about Mr. Johnson's status, and to undertake immediate efforts to obtain Mr. Johnson's file so that she could consult with alternate counsel. I further explained to Ms. Sulton that, in the absence of the file materials, I could not engage as her counsel.

   Yesterday, Ms. Sulton again contacted me by telephone. She advised me that she had spoken with a representative at the Attorney Grievance Commission and confirmed that Mr. Johnson was no longer listed as active. She further advised me that she had attempted to contact Mr. Johnson without success. During the call, I once again reviewed the Court's docket report and discovered Your Honor's May 26, 2020 Order to Show Cause. In light of this development and notwithstanding Ms. Sulton's continuing inability to provide me with any file contents, I have agreed to enter my appearance and assist her at the scheduled hearing. A formal Notice of Appearance has been electronically filed with the Court.

This letter is intended as a courtesy notification to you and Mr. Raimondi. I will endeavor to supply whatever additional information that I can during tomorrow's telephonic hearing.

Very truly yours,

Anton L. Iamele

cc:     Michael Raimondi, Esq.