IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHANNON SULTON, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No: 1:18-cv-02864-SAG |
| BALTIMORE COUNTY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of the court and parties of record:

    I am admitted and otherwise authorized to practice in this court. I am hereby entering my appearance for Shannon Sulton and her minor children, N.M., K.M. and S.M.

    Respectfully submitted,

    IAMELE & IAMELE, LLP

    _____/s/_____
    Anton L. Iamele, Federal Bar No.: 14845
    201 North Charles Street, Suite 400
    Baltimore, Maryland 21201
    410-779-6160 (Telephone)
    410-779-6161 (Fax)
    aiamele@iamelelaw.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2020, a copy of the foregoing Entry of Appearance was electronically filed and mailed by way of first class prepaid mail to the following:

Michael George Raimondi, Esq.
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, Maryland 21204

Sheila Smith
634 McKewan Avenue
Baltimore, Maryland 21218

                                                      /s/
                                       Anton L. Iamele, Esq.