UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHANNON SULTON,      *

         Plaintiff,      *
v.
                                       *      Civil Action No.: SAG 18-2864

BALTIMORE COUNTY
OFFICE OF HOUSING *et al.*,      *

         Defendants.      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

     Please enter my appearance as counsel in this case for the Defendants, Baltimore County, and Officers Shenell Wilkes, Jonathan Besaw, and Shannon Stargell.  I certify that I am admitted to practice in this court.

Date:  July 17, 2020

                                           _____/s/_____
                                           Alexa E. Ackerman
                                           Assistant County Attorney
                                           Federal Bar No.: 19943
                                           Baltimore County Office of Law
                                           400 Washington Avenue, Suite 219
                                           Towson, Maryland 21204
                                           Telephone: (410) 887-4420
                                           Facsimile: (410) 296-0931
                                           Email: aackerman@baltimoreountymd.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 17th day of July, 2020, a copy of the foregoing Entry of Appearance was filed in accordance with the Electronic Filing Requirement and Procedures as established by the U.S. District Court for the District of Maryland and served, via the Court's electronic filing system on all counsels of record.

                      _____/s/_____
                      Alexa E. Ackerman
                      Federal Bar No.: 19943